UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH RODRIGUEZ,

                Plaintiff,

-v-

CLEARBROOK MANAGEMENT INC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 4442 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 12, 2022, the Court issued a Report and Recommendation regarding the parties' request for approval of their settlement agreement. (ECF No. 21 (the "R&R")). The Court recommended approval of the settlement agreement except as to the payment of certain costs (the "Costs") for which Plaintiff had failed to provide documentary support. (Id. at 8–9). On December 12, 2022, after the Court issued the R&R, Plaintiff provided proof supporting the Costs, and asked the Court to "amend [the R&R] and approve the settlement agreement without modification as fair and reasonable[.]" (ECF No. 22 (the "Request")). The Court construes the Request as a motion for reconsideration, which is GRANTED, and the R&R is WITHDRAWN and VACATED. The Court will issue a revised Report and Recommendation for the approval of the settlement in its entirety.

The Clerk of Court is respectfully directed to vacate the R&R at ECF No. 21.

Dated:     New York, New York
             December 13, 2022                    SO ORDERED.

                                                            **SARAH L. CAVE**
                                                           **United States Magistrate Judge**