UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH RODRIGUEZ,<br><br>                              Plaintiff,<br><br>              -against-<br><br>CLEARBROOK MANAGEMENT INC.,<br><br>                              Defendant. | Case No. 1:22-cv-04442 (JLR) (SLC)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

     Now before the Court is the Report and Recommendation, dated December 13, 2022, of Magistrate Judge Sarah L. Cave, recommending that the parties' settlement be approved in this Fair Labor Standards Act ("FLSA") action.  ECF No. 24.  Under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties had fourteen days from the service of the Report and Recommendation to file written objections.  That time has expired, and no objections have been filed.

     Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the Report and Recommendation for clear error.  *See Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009) (noting that, with respect to "uncontested portions of a report and recommendation, a district court need only satisfy itself that there is no clear error on the face of the record").  "A decision is 'clearly erroneous' when the reviewing Court is left with the definite and firm conviction that a mistake has been committed."  *Royal Park Invs. SA/NV v. Deutsche Bank Nat'l Tr. Co.*, No. 14-cv-4394 (AJN), 2018 WL 1750595, at *21 (S.D.N.Y. Apr. 11, 2018).  Having reviewed Judge Cave's report, and finding it to be free from clear error, the Court adopts the December 13, 2022 Report and Recommendation of Judge Cave in its entirety.

Accordingly, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 16 and to CLOSE this case.

Dated: January 4, 2023                                    SO ORDERED.
        New York, New York

                                                          JENNIFER L. ROCHON
                                                          United States District Judge